# LAW OFFICES OF JOHN J. MARTIN

John J. Martin, Esquire*

Kimberly D. Martin, Esquire

* Also Member MD Bar

1022 Court Street
Honesdale, PA 18431
(570) 253-6899
Fax No. (570) 253-6988
email address: jmartin@martin-law.net

Stroudsburg Office:
530 Main St.
Stroudsburg, PA 18360
(570) 426-1426

February 11, 2009

U.S. Bankruptcy Court
Middle District of Pennsylvania
197 South Main Street
Wilkes-Barre, PA 18701

RE: **Popis Possibilities, LLC**
   **Ch 7 bankruptcy Case No. 5-07-50462**

Dear sir/madam:

   Enclosed please find check #122 drawn in the amount of $3,078.45 which represents the unclaimed funds for claim's # 1, 4, 12 and 13 in regard to the above referenced case.

   Should you require anything further, please do not hesitate to contact this office.

Sincerely,

Brandy R. Freiermuth
Legal Asst. To
John J. Martin, CH 7 Trustee

Enc.