| John J. Martin, Esquire*<br><br>Kimberly D. Martin, Esquire<br><br>*  Also Member MD Bar | **LAW OFFICES OF JOHN J. MARTIN**<br>1022 Court Street<br>Honesdale, PA 18431<br>(570) 253-6899<br>Fax No. (570) 253-6988<br>email address: jmartin@martin-law.net | Stroudsburg Office:<br>530 Main St.<br>Stroudsburg, PA 18360<br>(570) 426-1426 |
|---|---|---|

February 23, 2009

VIA FAX (717) 901-2822

U.S. Bankruptcy Court
Middle District of Pennsylvania
197 South Main Street
Wilkes-Barre, PA 18701
**ATTN: Debbie**

RE: **Popis Possibilities, LLC**
 **Ch 7 bankruptcy Case No. 5-07-50462**

Debbie:

As per your request below please find the last know addresses and phone numbers corresponding to the Proof of Claims for the unclaimed funds mailed to you last week by check number 122 in the amount of $3,078.45 in regard to the above referenced bankruptcy case.

| **Claim No. 1** | **Claim No. 4** | **Claim No. 12** | **Claim No. 13** |
|---|---|---|---|
| Avalin | Bernard Sands | Fleet | Hilldun Corp. |
| 221 W. 37th Street | Beyond Threads | P.O. Box 2394 | Earth Creations |
| New York, NY 10018 | 1562 Route 9 | Omaha, NE 68103-2394 | 225 W. 35th St., |
| (212) 997-0011 | Wappingers Falls, NY 12590 | (No Number Listed) | 10th Floor |
| | | | New York, NY 10001 |
| $1,646.00 | (No Number Listed) | $1,099.49 | (No Number Listed) |
| | $76.88 | | $256.08 |

If I can be of any further assistance, please do not hesitate to contact me.

Sincerely,

/s/ Brandy R. Freiermuth
Brandy R. Freiermuth
Legal Asst. To
John J. Martin, CH 7 Trustee